UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CURTIS OSWALT, et al.,

               Plaintiff(s),

    v.

RESOLUTE INDUSTRIES, et al.,

               Defendant(s).

NO. C08-1600MJP

ORDER ON MOTION FOR
ADJUSTMENT OF CASE SCHEDULE

     The above-entitled Court, having received and reviewed

1.     Defendant Resolute Industries Motion for Adjustment of Case Schedule (Dkt. No. 16)

2.     Plaintiff's Statement of No Position (Dkt. No. 19)

3.     Defendant Webasto Products, NA, Inc.'s Response in Opposition (Dkt. No. 20)

and all attached declarations and exhibits, makes the following ruling:

     IT IS ORDERED that the motion is GRANTED, and the CR 26 deadline for the exchange of

expert reports is retroactively extended from August 3, 2009 to August 7, 2009.

Dated:  September _15_, 2009

Marsha J. Pechman
U.S. District Judge

**ORDER ON MTN TO
ADJUST SCHEDULE - 1**