THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CURTIS OSWALT and FEDERAL INSURANCE CO., <br><br> Plaintiffs, <br><br> v. <br><br> RESOLUTE INDUSTRIES, INC., <br><br> Defendant, <br><br> v. <br><br> WEBASTO PRODUCTS NA, INC., <br><br> Third Party Defendant. | IN ADMIRALTY <br><br> NO. C08-1600 MJP <br><br> STIPULATED MOTION AND ORDER RE EXTENDING MEDIATION DEADLINE <br><br> **Note for Consideration:** <br> Friday, January 15, 2010 |

The parties hereby stipulate and move the Court to extend the mediation date until after the Court rules on Third Party Defendant Webasto's pending motion for summary judgment.

A bench trial in this case is scheduled for March 1, 2010. The case scheduling order specifies that mediation shall take place by February 1, 2010. Counsel have conducted multiple discussions about settlement during the course of the case. However, no progress has been made toward resolving the case due to positions taken regarding the issues involved in Third Party

STIPULATED MOTION AND ORDER RE EXTENDING MEDIATION
DEADLINE (08-1600 MJP) - 1

Defendant Webasto's pending motion for summary judgment. Webasto and Resolute do not believe mediation can be successful prior to a ruling on this motion.

For these reasons the parties stipulate to moving the mediation date until after the Court rules on Webasto's summary judgment motion. The parties agree and respectfully request the Court to enter an Order amending the case schedule to require mediation within ten (10) days of entry of said ruling.

DATED this 15th day of January, 2010.

GASPICH & WILLIAMS PLLC

By: s/Anthony J. Gaspich
    Anthony J. Gaspich, WSBA #19300
    Attorneys for Plaintiffs Curtis Oswalt and
    Federal Insurance Company
    1809 Seventh Avenue, Suite 609
    Seattle, WA 98101
    Telephone: (206) 956-4204
    Facsimile: (206) 956-4214
    Email: tony@gaspichwilliams.com

MORAN WINDES & WONG

By: s/Dennis Moran
    Dennis Moran, WSBA # 19999
    Attorneys for Defendant/Third Party
    Plaintiff Resolute Industries, Inc.
    5608 17th Avenue W.
    Seattle, WA 98107
    Telephone: (206) 788-3000
    Facsimile: (206) 788-3001
    Email: dmoran@mwwlaw.net

BULLIVANT HOUSSER BAILEY PC

By: s/Troy D. Greenfield
    Troy D. Greenfield, WSBA # 21578
    Bree H. Kame'enui-Ramirez, WSBA #34445
    Atttorneys for Third Party Defendant Webasto Products, NA, Inc.
    1601 Fifth Avenue, Suite 2300
    Seattle, WA 98101
    Telephone: (206) 521-6411
    Facsimile: (206) 386-5130
    Email: Troy.Greenfield@bullivant.com

STIPULATED MOTION AND ORDER RE EXTENDING MEDIATION
DEADLINE (08-1600 MJP) - 2

# ORDER

The parties having stipulated to amend the case scheduling order to extend the mediation date until after the Court enters a decision on Third Party Defendant Webasto's motion for summary judgment, and good cause existing therefore,

IT IS SO ORDERED.

Mediation shall take place within ten (10) days following entry of the Court's Order on the pending motion for summary judgment.

DATED this _25th_ day of _January__, 2010.

_____
Marsha J. Pechman
United States District Judge

Presented by:

GASPICH & WILLIAMS PLLC

By: s/Anthony J. Gaspich
    Anthony J. Gaspich, WSBA #19300
    Attorneys for Plaintiffs Curtis Oswalt
    and Federal Insurance Company
    1809 Seventh Avenue, Suite 609
    Seattle, WA 98101
    Telephone: (206) 956-4204
    Facsimile: (206) 956-4214
    Email: tony@gaspichwilliams.com

Approved as to form; notice of presentation waived.

MORAN WINDES & WONG

By: s/Dennis Moran
    Dennis Moran, WSBA # 19999
    Attorneys for Defendant/Third Party Plaintiff
    Resolute Industries, Inc.
    5608 17th Avenue W.
    Seattle, WA 98107
    Telephone: (206) 788-3000
    Facsimile: (206) 788-3001
    Email: dmoran@mwwlaw.net

BULLIVANT HOUSSER BAILEY PC


By: s/Troy D. Greenfield
    Troy D. Greenfield, WSBA # 21578
    Bree H. Kame'enui-Ramirez, WSBA # 34445
    Atttorneys for Third Party Defendant Webasto Products, NA, Inc.
    1601 Fifth Avenue, Suite 2300
    Seattle, WA 98101
    Telephone: (206) 521-6411
    Facsimile: (206) 386-5130
    Email: Troy.Greenfield@bullivant.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF, which will send notification of such filing to the following: Dennis Moran, dmoran@mwwlaw.net; Troy D. Greenfield, Troy.Greenfield@Bullivant.com

Dated this 15th day of January, 2010.

s/Sibel Yasarturk
Sibel Yasarturk

STIPULATED MOTION AND ORDER RE EXTENDING MEDIATION DEADLINE (08-1600 MJP) - 5