UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CURTIS OSWALT and FEDERAL INSURANCE CO., | |
| Plaintiffs, | Case No. C08-1600MJP |
| v. | TAXATION OF COSTS |
| RESOLUTE INDUSTRIES, INC., | |
| Defendant | |
| v. | |
| WEBASTO PRODUCTS NA, INC.. | |
| Third Party Defendant | |

Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against DEFENDANT RESOLUTE INDUSTRIES, INC. , and on behalf of PLAINTIFF CURTIS OSWALT and FEDERAL INSURANCE CO. in the amount of $4,460.20  as follows:

| | Requested | Disallowed | Allowed |
|---|---|---|---|
| I.  FILING FEE | $350.00 | 0 | $350.00 |
| II. SERVICE FEES | $50.00 | 0 | $50.00 |
| III. DEPOSITION COSTS | $3,318.30 | 0 | $3,318.30 |

TAXATION OF COSTS -- 1

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| Clerk allowed costs for all depositions used at trial by either party in lieu of live testimony or to impeach. | | | |
| IV. WITNESS FEES | $510.90 | 0 | $510.90 |
| All witness fees requested are taxable. | | | |
| V. COPY COSTS | $231.00 | 0 | $231.00 |
| Clerk allowed copy costs incurred for preparation of trial materials. | | | |
| VI. EVIDENCE STORAGE | $750.00 | $750.00 | 0 |
| Cost incurred to store evidence is not taxable. | | | |

Dated this ____7th____ day of APRIL, 2010.

_____
Bruce Rifkin
Clerk, U.S. District Court

TAXATION OF COSTS -- 2