UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CURTIS OSWALT and FEDERAL INSURANCE CO., <br><br> Plaintiffs, <br><br> v. <br><br> RESOLUTE INDUSTRIES, INC., <br><br> Defendant. <br><br> WEBASTO PRODUCTS NA, INC., <br><br> Third Party Defendant | Case No. C08-1600MJP <br><br> TAXATION OF COSTS |

Costs in the above-entitled cause are hereby taxed against THIRD PARTY PLAINTIFF/DEFENDANT RESOLUTE INDUSTRIES, INC. and on behalf of THIRD PARTY DEFENDANT WEBASTO PRODUCTS NA, INC. in the unopposed amount of $4,138.60.

Entered this ___7th___ day of APRIL , 2010 .

_____

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 1