1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
9                               AT SEATTLE

10   CURTIS OSWALT,                          CASE NO. 2:08-CV-01600-MJP

11                    Plaintiff,             ORDER RE: UPDATED STATUS
                                             REPORT
12          v.

13   RESOLUTE INDUSTRIES INC,

14                    Defendant,

15          v.

16   WEBASTO PRODUCTS NA, INC.,

17                    Third-Party Defendant.

18

19          The Court has received and reviewed the opinion of the Ninth Circuit on the appeal of

20   various issues involved in the above-entitled matter. *See* No. 10-35313.  The appellate court has

21   affirmed in part and vacated in part the judgment of this Court and remanded for further

22   proceedings on Defendant Resolute Industries' design defect claim.  On July 11, 2011, the

23   mandate as to this order issued.  Dkt. No. 89.

24

1      IT IS ORDERED that the parties confer and jointly submit a status report advising the

2 Court as to the next steps to be taken in light of the Ninth Circuit ruling in this matter; the report

3 (not to exceed 6 pages) must be filed no later than **August 1, 2011.**

4

5      The clerk is ordered to provide copies of this order to all counsel.

6      Dated this 19th day of July, 2011.

7

8

9 

_____

Marsha J. Pechman

10     United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24