THE HON. MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CURTIS OSWALT and FEDERAL INSURANCE CO., <br><br> Plaintiffs, <br><br> v. <br><br> RESOLUTE INDUSTRIES, INC., <br><br> Defendant. | IN ADMIRALTY <br><br> No.: C08-1600 MJP <br><br> ORDER EXTENDING DISCOVERY CUT-OFF FOR THE LIMITED PURPOSE OF COMPLETING DEPOSITIONS OF THE EXPERTS |
| RESOLUTE INDUSTRIES, INC., <br><br> Third-Party Plaintiff, <br><br> v. <br><br> WEBASTO PRODUCTS, NA, INC., a foreign corporation, <br><br> Third-Party Defendant. | |

The Court, having received and reviewed the Stipulated Motion to Extend the Discovery Cut-off, for the Limited Purpose of Completing Depositions of the Experts, it is

ORDERED that the discovery cut-off, for the limited purpose of completing the expert depositions is extended to October 28, 2011.

Dated: October 14, 2011

                                                    Marsha J. Pechman
                                                    United States District Judge

Presented by:

BULLIVANT HOUSER BAILEY, PC

By:/s/ Troy D. Greenfield
     Troy D. Greenfield, WSBA #21578
     E-Mail: troy.greenfield@bullivant.com
Attorneys for Third Party Defendant Webasto Products, NA, Inc.

13560244.1

ORDER EXTENDING DISCOVERY CUT-OFF FOR THE LIMITED     Page 2
PURPOSE OF COMPLETING DEPOSITIONS OF THE EXPERTS
No.: C08-1600 MJP