THE HON. MARSHA J. PECHMAN

1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
9                              AT SEATTLE

10  CURTIS OSWALT and FEDERAL              IN ADMIRALTY
    INSURANCE CO.,
11                                         No.: C08-1600 MJP
                 Plaintiffs,
12                                         ORDER EXTENDING DISCOVERY CUT-
          v.                               OFF FOR THE LIMITED PURPOSE OF
13                                         COMPLETING DEPOSITIONS OF THE
    RESOLUTE INDUSTRIES, INC.,             EXPERTS
14
                 Defendant.
15

16  RESOLUTE INDUSTRIES, INC.,

17               Third-Party Plaintiff,

18        v.

19  WEBASTO PRODUCTS, NA, INC., a
    foreign corporation,
20
                 Third-Party Defendant.
21

22        The Court, having received and reviewed the Stipulated Motion to Extend the

23  Discovery Cut-off, for the Limited Purpose of Completing Depositions of the Experts, it is

24        ORDERED that the discovery cut-off, for the limited purpose of completing the

25  expert depositions is extended to October 28, 2011.

26

Dated: October 14, 2011

Marsha J. Pechman
United States District Judge

Presented by:

BULLIVANT HOUSER BAILEY, PC


By:/s/ Troy D. Greenfield
        Troy D. Greenfield, WSBA #21578
        E-Mail: troy.greenfield@bullivant.com
Attorneys for Third Party Defendant Webasto
Products, NA, Inc.


13560244.1