# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CURTIS OSWALT and FEDERAL INSURANCE CO.,

Plaintiff,

v.

RESOLUTE INDUSTRIES, INC., and WEBASTO PRODUCTS, NA, INC.

Defendant.

IN ADMIRALTY

CASE NUMBER: C08-1600 MJP

**AMENDED JUDGMENT**

In an unreported opinion at --- Fed.Appx. ----, 2013 WL 4850299 (9th Cir. 2013), the Ninth Circuit affirmed this Court's sanctions order in the above-captioned case in all respects other than the sanctions amount. The sanctions amount is therefore altered to conform to Ninth Circuit's mandate.

IT IS HEREBY ORDERED AND ADJUDGED that the sanctions imposed against Resolute Industries are reduced to $3,690.

Dated October 9th, 2013.

Marsha J. Pechman
United States District Judge